_Xavier Lumar J'Weial_
Name and Prisoner/Booking Number

_Mule Creek State Prison_
Place of Confinement

_P.O. Box 409020_
Mailing Address

_Ione California [near 95640]_
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

**Nov 06, 2019**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

_Xavier Lumar J'Weial_ , )
(Full Name of Plaintiff)    Plaintiff, )
)
v.     )   2:19-cv-2239 KJN (PC)
)  CASE NO. _____
(1) _Gov. Gavin Newsom_ , )   (To be supplied by the Clerk)
(Full Name of Defendant)   )  "_Demanding A Jury Trial_"
)
(2) _Ex. Gov. Jerry Brown_ , )
)
(3) _Joe Lizarraga. Warden (M.C.S.P.)_ , )   CIVIL RIGHTS COMPLAINT
)    BY A PRISONER
(4) _Scott Kernan_ , )
Defendant(s). _Et., Al._  )  ☒Original Complaint
☑Check if there are additional Defendants and attach page 1-A listing them. )  ☐First Amended Complaint
☐Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: _Mule Creek State Prison P.O. Box 409020 Ione Ca [95640]_

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| *ADDITIONAL DEFENDANTS"* | |

1    [ALL DEFENDANTS' ARE BEING SUED IN THERE OFFICIAL, & INDIVIDUAL CAPACITY].

2

3

4

5    5.   RALPH M. DIAZ.

6    6.   DIANA TOCHE .

7    7.   CONNIE GIPSON .

8    8.   TERRY BETTER COURT.

9    9.   TANNIR AHMED .

10   10.  GREGORY LARRABEE .

11   11.  HAROLD HOLD .

12   12.  ANDREW ALTEVOGT.

13   13.  CITY OF IONE .

14   14.  COUNTY OF AMADOR .

15

16

17

18

19

20

21

22

23

24

25

26   *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers)*:

27   This page may be used with any Judicial Council form or any other paper filed with the court.

Page *A 1*

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

**WEST**® CRC 201, 501

## B. DEFENDANTS

1. Name of first Defendant: _GAVIN NEWSOM_ . The first Defendant is employed as:
_GOVERNOR OF THE STATE OF CALIFORNIA_ at _STATE CAPETAL OF SACRAMENTO CAL_ .
(Position and Title) (Institution)

2. Name of second Defendant: _JERRY BROWN_ . The second Defendant is employed as:
_EX. GOVERNOR OF THE STATE OF CALIFORNIA_ at _UNKNOWN._
(Position and Title) (Institution)

3. Name of third Defendant: _JOE LIZARRAGA_ . The third Defendant is employed as:
_WARDEN_ at _MULE CREEK STATE PRISON_ .
(Position and Title) (Institution)

4. Name of fourth Defendant: _SCOTT KERNAN_ . The fourth Defendant is employed as:
_DEPUTY DIRECTOR . EX_ at _OVER CDCR STATE PRISONS'_ .
(Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes  ☐ No

2. If yes, how many lawsuits have you filed? _#3_ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Xavier Lamar J'Neial_ v. _COUNTY OF AMADOR_
      2. Court and case number: _2:17-CV-01937-AC_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _FILED 9.15.2017,_
         _& IT IS STILL PENDING._

   b. Second prior lawsuit:
      1. Parties: _Xavier Lamar J'Neial_ v. _S. GYLES and R. SZLCHAK_
      2. Court and case number: _2:18-CV-02766-JAM-KJN_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _FILED 10.12.2018,_
         _& IT IS STILL PENDING._

   c. Third prior lawsuit:
      1. Parties: _Xavier Lamar J'Neial_ v. _K. WALLACE._
      2. Court and case number: _2:19-CV-00808-EFB_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _FILED MAY 4th 2019,_
         _& IT IS STILL PENDING._

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| *ADDITIONAL DEFENDANTS* | |

1  [ALL DEFENDANTS' ARE BEING SUED IN THERE OFFICIAL & INDIVIDUAL CAPACITY.].

5  5. NAME OF FIFTH DEFENDANT. RALPH M. DIAZ. THE FIFTH DEFENDANT IS EMPLOYED AS:

6  DEPUTY DIRECTOR at OVER CDCR STATE PRISON SYSTEM.
(POSITION AND TITLE)     (INSTITUTION)

8  6. NAME OF SIXTH DEFENDANT. DIANA TOCHE. THE SIXTH DEFENDANT IS EMPLOYED AS:

9  THE SECRETARY OF HEALTH CARE at OVER CDCR STATE PRISON SYSTEM.
(POSITION AND TITLE)     (INSTITUTION)

11  7. NAME OF SEVENTH DEFENDANT. CONNIE GIPSON. THE SEVENTH DEFENDANT IS EMPLOYED AS:

12  THE DEPUTY DIRECTOR OF FACILITY OPERATION at OVER CDCR STATE PRISON SYSTEM.
(POSITION AND TITLE)     (INSTITUTION)

14  8. NAME OF EIGHTH DEFENDANT. TERRY BETTERCOURT. THE EIGHTH DEFENDANT IS EMPLOYED

15  AS: REGIONAL FACILITIES MAGR at OVER CDCR STATE PRISON SYSTEM.
(POSITION AND TITLE)     (INSTITUTION)

17  9. NAME OF NINTH DEFENDANT. TAMIR AHMED. THE NINTH DEFENDANT IS EMPLOYED AS:

18  ASSOCIATE DIRECTOR at OVER CDCR STATE PRISON SYSTEM.
(POSITION AND TITLE)     (INSTITUTION)

20  10. NAME OF TENTH DEFENDANT. GREGORY LARRABEE. THE TENTH DEFENDANT IS EMPLOYED AS:

21  ENVIRONMENTAL & REGULATORY COMPLIANCE at _____
(POSITION AND TITLE)     (INSTITUTION)

23  11. NAME OF ELEVENTH DEFENDANT. HAROLD HOLD. THE ELEVENTH DEFENDANT IS EMPLOYED AS:

24  SUPERVISOR WORKER at CENTRAL VALLEY REGIONAL WATER QUALITY CONTROL BOARD, COMPLIANCE
(POSITION AND TITLE)

25  & _____
(INSTITUTION)

26  (Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

27  This page may be used with any Judicial Council form or any other paper filed with the court.
Page 2 B

Form Approved by the Judicial Council of California MC-020 [New January 1, 1987] Optional Form
**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper
**WEST®** CRC 201, 501

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| _ADDITIONAL DEFENDANTS'_ | |

1   [ALL DEFENDANTS' ARE BEING SUED IN THERE. OFFICIAL & INDIVIDUAL CAPACITY.]

2

3

4

5

6

7

8

9

10

11

12   12. NAME OF TWELTH DEFENDANT. ANDREW ALTEVOGT. THE TWELTH DEFENDANT IS EMPLOYED AS:

13   ASSISTANT EXECUTIVE OFFICER AT CENTRAL VALLEY REGIONAL WATER QUALITY CONTROL BOARD.
        (POSITION AND TITLE)

14   _____ (INSTITUTION) _____.

15

16   13. NAME OF THIRTEENTH DEFENDANT. CITY OF IONE. THE THIRTEENTH DEFENDANT IS EMPLOYED

17   AS: CITY AT IONE CALIFORNIA.
        (POSITION AND TITLE)    (INSTITUTION)

18

19   14. NAME OF FOURTEENTH DEFENDANT. COUNTY OF AMADOR. THE FOURTEENTH DEFENDANT IS

20   EMPLOYED AS: COUNTY AT AMADOR.
        (POSITION AND TITLE)    (INSTITUTION)

21

22

23

24

25

26   (Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, **not** line numbers):

27   This page may be used with any Judicial Council form or any other paper filed with the court.

Page _2C_

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

**WEST®**    CRC 201, 501

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _EIGHTH AMENDMENT CONST. VIOLATION._ "_PROTECTION AGAINST CRUEL, AND UNUSUAL PUNISHMENT._" [_TO SAFE, CLEAN DRINKING WATER._]

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_PLAINTIFF ASSERTS THAT ALL NAMED DEFENDANTS', ARE CIVIL'LY LIABLE UNDER THE EIGHTH AMENDMENT VIOLATION. GOV. GAVIN NEWSOM; EX. GOV. JERRY BROWN; JOE LIZARRAGA, WARDEN OF (M.C.S.P.); SCOTT KERNAN, EX. DEPUTY DIRECTOR OF CDCR; RALPH M. DEAZ, DEPUTY DIRECTOR OF CDCR; DIANA TOCHE, SECRETARY OF HEALTH CARE FOR CDCR; CONNIE GIPSON, DEPUTY DIRECTOR OF FACILITY OPERATION OF CDCR; TERRY BETTERCOURT, REGIONAL FACILITIES MAGR; TANNIR AHMED, ASSOCIATE DIRECTOR OF CDCR; GREGOR LARRABEE, CHIEF ENVIRONMENTAL REGULATORY COMPLIANCE; HARLOD HOLD, SUPERVISOR WORKER (C.V.R.W.Q.C.B); ANDREW ALTEVOGI, ASSISTANT EXECUTIVE OFFICER (C.V.R.W.Q.C.B); CITY OF IONE; AND THE COUNTY OF AMADOR;_

_1. PLAINTIFF ASSERTS THAT DEFENDANTS' GOV. GAVIN NEWSON, & EX. GOV. JERRY BROWN, ARE LIABLE._

_2. PLAINTIFF ASSERTS THAT [I], HAVE SUFFERED GRIEVOUS INJURY FROM THE ABOVE NAMED DEFENDANTS' BY BEING FORCED TO (SUFFER) THE (INHUMANE, AND DEGRADING TREATMENT OF BEING FORCED TO CONSUME, AND BATHE WITH THE [A] WATER SUPPLY AT M.C.S.P. THAT IS CONTAMINATED WITH "INDUSTRIAL WASTE, AND HUMAN WASTE.")_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_PLAINTIFF ASSERTS THAT HE [I] INFACT SUFFER FROM FREQUENTLY BAD HEADACHES, LIGHTHEADEDNESS, VOMITING BLOOD, FREQUENT SORE THROATS, BLOODY STOOL, FATIG, CHRONIC DIARRHEA WHICH PLAINTIFF HAS BEEN DIAGNOSED WITH, CHRONIC GAS, ABDOMEN PAIN._

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _UNDER 8547 WHISTLE BLOWER'S ACT A PLAINTIFF, NEED NOT EXHAUST ADMINISTRATIVE REMEDIES TO FILE SUIT. CASE No 12-2019-1462_

3

1      D. CAUSE OF ACTION CLAIM I
           CONTINUED AS (P. 3-A).

2

3      3. PLAINTIFF ASSERTS THAT DEFENDANTS' JOE LIZARRAGA M.C.S.P.'S WARDEN ARE

4      CIVIL'LY LIABLE, ALONG WITH HIS SUPERIORS'.  AS THESE UNSAFE, AND UNHEALTHY

5      LIVING CONDITIONS ARE UNDER HIS DIRECT SUPERVISION WITH COMPELTE

6      KNOWLEDGE OF THE CONTAMINATED WATER AT M.C.S.P..

7      ([C.D.C.R.] DEPUTY DIRECTORS'. AND THOSE NAMED DEFENDANTS']), ARE AWARE OF

8      THE PRISON SYSTEMS' CONTAMINATION OF WATER SUPPLY PROBLEM ALONG WITH M.C.S.P..

9            GREGOR LARRABEE, CHIEF ENVIROMENTAL REGULATORY COMPLIANCE: HARLOD HELD,

10     SUPERVISOR WORKER [C.V.R.W.Q.C.B]: ANDREW ALTEVOGI, ASSISTANT EXECUTIVE

11     OFFICER [C.V.R.W.Q.C.B]:.  ARE ALSO CIVIL'LY LIABLE AS THEY WHERE AWARE OF

12     THE SERIOUSNESS OF THE CONTAMINATED WATER AT M.C.S.P.

13           AND AS THIS IS A SERIOUSLY BAD PROBLEM (NO ONE HAS INFORMED THE

14     PRISON POPULATION.

15

16     4. PLAINTIFF ASSERTS THAT THERE ARE INFACT CURRENTLY NO LESS THAN #9 SITES

17     IN "A-FACILITY M.C.S.P. ALONE THAT SHOW CLEARLY VISIBLE SIGNS OF WATER MIXED

18     WITH AN OIL BASE SEEPAGE CLEARLY FROM SOME BROKEN PIPES LOCATED

19     UNDERGROUND.  SEVERAL OF THESE PIPES, & SITES CAN CLEARLY BE DETERMINED TO

20     BE SEWAGE PIPES.)  WHICH ARE LOCATED IN THE FOLLOWING AREAS OF THE YARD

21     OF A-FACILITY.

22           a.)  A SEWAGE PIPE LOCATED BETWEEN THE EDUCATION ROOM DOOR. AND THE

23                CHAPEL DOOR APPROX. 10 FT. OUT FROM THE WALL IN THE GRASS.

24           b.)  A SEWAGE PIPE LOCATED BETWEEN THE CANTEEN WINDOW, AND THE

25                MEDICAL ROOM DOOR APPROX. 10 FT. OUT FROM THE WALL IN THE GRASS.

26           c.)  [A] SEWAGE PIPE'(S), & WATER SUPPLY PIPES, LOCATED NEAR BUILDING #2.

27                BETWEEN THE EXERCISE AREA OF THE PARALLEL BARS. AND THE DIRT TRACK

28                APPROX. 20 FT. OR SO STRAIGHT OUT FROM THE PARALLEL BARS NEXT TO THE ⇒

                                   page 3 A.

DIRT TRACK.

D.)    SEWER PIPE UNDER THE LIGHT POLE, INFRONT OF YARD GATE.

E.)    WATER PIPE INFRONT OF THE YARD BATHROOM AREA ON THE INSIDE GRASS AREA OF THE ASPHALT TRACK.

F.)    WATER PIPE LOCATED IN THE SPRINKLER BOX LOCATED INFRONT OF BUILDING #4 ON THE INSIDE OF THE ASPHALT TRACK.

G.)    WATER, AND SEWER PIPES LOCATED NEXT TO BUILDING #5. DOOR #1.,.

H.)    WATER, AND SEWER PIPES LOCATED BETWEEN BUILDING #5. YARD DOOR, AND THE HANDBALL COURT COMING OUT OF THE GROUND.

THESE ARE MERELY THE VISIBLY BROKEN PIPES YOU CAN SEE ARE BROKEN, DUE TO THERE BEING WATER SEEPAGE WITH A (DARK BLACK OIL'LY FILM) [INWHICH YOU CAN SMELL, THE ODOR OF GAS, AND OIL.]

AND ON CERTAIN DAYS, THE STRONG SMELL OF GAS COMING OUT OF THOSE SEWER PIPES, ARE ENOUGH TO GIVE A BAD HEADACH.

THERE IS A CONSTANT ODOR OF RAW SEWAGE ON THE A-FACILITY YARD.

THERE ARE MUDDY SINK HOLES FROM THE WATER SEEPAGE. AND YOU CAN SEE THAT THE WATER IS CONTAMINATED WITH DARK OIL'LY LIKE FILM. AS IT IS JUST SITTING IN PUDDLES.

IT CAN BE DETERMINED FROM THE DIFFERENT PUDDLES OF WATER THAT DOES SIT ON THE YARD WHEN THERE HAS BEEN (NO) RAIN. IT WOULD BE ONLY COMMON SENSE THERE ARE CRACKS, BREAKS CAUSING LEAKS FOR THERE TO BE THIS CONTAMINATION OF WATER ABOVE GROUND. UPON THE SOFT DIRT.

YET THE SMELL OF FECES SEEMS TO BE A COMMON SMELL IN THE WATER ALONG WITH A STRONG ODOR OF DIRT. INWHICH IS OFTEN VERY STRONG FOR THE FIRST 20 (TO) 30 MINUTES IN THE BUILDING DURING DAYROOM DUE TO ALL THE SHOWERS RUNNING / BEING USED. AND IN THE MORNINGS IN THE CELL WHEN USING THE SINKS.

page 3 B.

1    THERE HAS BEEN CONSTRUCTION OF HEAVEY EQUIPMENT DRIVING AROUND

2    THE YARD CLOSE TO #3 YEARS PRIOR NOW ON THE SOFT SOIL. WHERE PIPES

3    OLD, AND CORRODED ARE AT.

4    AND THE STATEMENT OF "THE OLD, AND CORRODED PIPES ARE THAT OF CDCR

5    STAFF CONFIRMING THAT MANY SEWER PIPES IN THE FACILITY WERE CAST IRON.

6    AND THAT WITH 30 YEARS OF CORROSIVE SEWAGE MOVING THROUGH THE PIPES,

7    IT HAS CORRODED MANY OF THE PIPES.   CDCR FAILED TO INVESTIGATE

8    THESE PIPES AS PROPOSED IN THEER APPROVED STORM WATER INVESTIGATION

9    WORKPLAN."

10    NOW BARRING THE FACT M.C.S.P.'S GROWTH IN PRISONER'S FROM AN

11    OCCUPIED 1.700 PRISONER'S IN 1987 THE YEAR.   AND IN DEC 1994 the 15th

12    DAY, THE CITY OF IONE, TOOK CDCR TO COURT FOR VIOLATIONS OVER ENVIRONMENTAL

13    QUALITY ACT (CEQA).  FOR VIOLATION OF ITS ORIGINAL M.C.S.P. CONTRACT.

14

15    IN 2006. M.C.S.P., HAD 3.996 PRISONERS' WITH 1.000 STAFF, AND THE

16    PRISONS SYSTEM RAN AT 230 PERCENT OF ITS DESIGNED CAPACITY.

17

18    CURRENTLY M.C.S.P. POPULATION IS 5.395 WHICH IS WELL OVER THAT 3.968

19    PRISONERS, AND 1.425 STAFF MEMBER.

20    WHICH HAS WELL WENT BEYOND WHAT THE CAPACITY OF WEAR ON THE CAST IRON

21    PIPES, BUT C.D.C.R. KNEW THIS.  YET REFUSED TO FIX THE PROBLEM THEN.  AND

22    NOW THE PRISON IS AT SUCH A LEVEL OF CONTAMINATION OF ITS WATER.

23    WHERE PLAINTIFF HAS GOTTEN INJURY FROM WATER THAT IS NOT SAFE TO DRINK.

24

25

26

27

28

page 3 C.

5.) PLAINTIFF ASSERTS THAT THE STATEMENT ARE QUOTED BY ONE ANDERSON DAVID WHO WAS HIRED BY CDCR. " I WAS TOLD I WAS BUILDING A CULVERT TO PROTECT WILDLIFE. I NOW KNOW THAT IT HAD NOTHING TO DO WITH PROTECTING BIRDS AND WILDLIFE.

THE GOAL FOR CDCR WAS TO HIDE INDUSTRIAL AND DOMESTIC SEWAGE DISCHARGES IN AN UNDERGROUND PIPE." SAID ANDERSON. " BIRDS AREN'T DYING FROM THE ELECTRIC FENCE. THEY ARE DYING FROM THE WATER ITSELF.

FURTHER DEFENDANTS' DID INFACT HIRING A TESTING FACILITY FROM MIAMI FLORIDA INWHICH DOES NOT UTILIZE FEDERAL ENVIRONMENTAL PROTECTION AGENCY STANDARDS, OR REGULATIONS FOR TESTING. TO TEST WATER SAMPLES FROM M.C.S.P., AND EVEN FALSIFIED REPORTS GIVEN TO STATE AND FEDERAL AGENCIES REGARDING THE CONTAMINATED WATER AT M.C.S.P. IN AN EFFORT TO QUIT THIS PROBLEM, AND TO CONCEAL THE FACT THAT THE "2 TO DESIGN PRISONS' IN CALIFORNIA" (ALL) SUFFER FROM A SEVERE DESIGN FLAW WHICH JEOPARDIZES THE SAFETY OF TEN'S OF THOUSANDS OF PRISONERS, AND THEIR VISITORS BY SUBJECTING THEM TO THE SAME TREATMENT SUFFERED BY THE PLAINTIFF."

6.) PLAINTIFF ASSERTS THAT AT NO POINT HAS M.C.S.P.'s WARDEN JOE LIZARRAGA, NOR C.D.C.R, PUT OUT A ('MEMO'/'MEMORANDUM') TO INFORM PLAINTIFF ASTO THE SERIOUSNESS OF THIS CONTAMINATION OF WATER THAT PLAINTIFF IS FORCED TO DRINK, AND BATHE IN.
HAD IT NOT BEEN FOR PLAINTIFF COMPLAINING TO WIFE ABOUT THE PAINS, AND INJUREES LISTED THAT I WAS SUFFERING SHE WOULD NEVER WENT ON LINE, AND PLAINTIFF'S MEDICAL NURSES FURTHER INFORMED PLAINTIFF THAT THE WATER IS REALLY BAD TO BE DRINKING PLAINTIFF WOULDN'T HAVE KNOWN THE EXTENT OF THE PROBLEM. AS THIS WATER HAS HARMED PLAINTIFF WHERE MEDICATION WAS PROVIDED.

1    IT HAS BEEN MENTIONED NUMEROUSLY BY STAFF, C/O's, AND NURSES, AT
2    M.C.S.P. WERE ADVISED BY WAY OF A COMPUTER GENARATED MEMO INFORMING
3    THEM NOT TO DRINK THE WATER.

4    IT IS ALSO ALLEGED TO BE SIGNS POSTED IN THE VISITING ROOM AREA
5    ADVISING VISITORS NOT TO DRINK THE WATER.

6    THERE ARE SIGNS OUTSIDE OF M.C.S.P. STATING " Do NOT LET YOUR
7    CHILDREN, or ([PETS]) COME IN CONTACT WITH THE WATER FROM MULE CREEK
8    STATE PRISON, STATING (BIOHAZARD) FILE CW-241842 REGIONAL WATER."

9

10   THE NURSES, AND DOCTORS SAY THAT INMATES SHOULD BOIL THEIR WATER
11   BEFORE DRINKING IT.   PLAINTIFF HAS NO WAY OF BOILING THE WATER DUE TO
12   THE PRISON NOT ALLOWING HOT POTS THAT BOIL.

13

14   REITERATEING THAT PLAINTIFF, NOR THE M.C.S.PRISON POPULATION THAT DO
15   . NOT GET VISIT's HAS EVER BEEN INFORMED THAT OUR DRINKING, AND BATH
16   WATER IS CONTAMINATED.    WHERE IT IS UPON M.C.S.P's WARDEN, AS WELL AS
17   C.D.C.R, AS THERE OBLIGATED DUTY TO INFORM   PLAINTIFF, AND THE INMATE
18   POPULATION.  AS WELL AS PROVIDE BOTTLED WATER.

19   WHERE IT IS M.C.S.P. THAT IS THE SOURCE OF THE CONTAMINATION PROBLEM
20   THAT HAS PLAGUED THE CITY OF IONE . AND THE COUNTY OF AMADOR.

21

22

23

24

25

26

27

28

page 3 F.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _FOURTEENTH AMENDMENT UNITED STATE CONSTETUTIONAL VEOLATEON. "EQUAL PROTECTEON."_

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☒ Basic necessities        ☐ Mail              ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property          ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _PLAINTEFF ASSERTS THAT ALL NAMED DEFENDANTS' ARE CIVIL'LY LEABLE UNDER THE FOURTEENTH AMENDMENT. GOV. GAVIN NEWSOM: EX. GOV. JERRY BROWN: JOE LEZARRAGA. WARDEN M.C.S.P.C.D.C.R: SCOTT KERNAN. EX DEPTY DIRECTOR: RALPH M. DEAZ. DEPTY DIRECTOR: DEANA TOOTLE. SECRETARY OF HEALTH CARE C.D.C.R.: CONNEE GIPSON. DEPTY DIRECTOR OF FACELETY OPERATION C.D.C.R: TERRY BETTERCOURT. REGIONAL FACELITEES MAGR: TANER AHMED. ASSOCEATE DIRECTOR C.D.C.R:_

   _ALL THE ABOVE NAMED DEFENDANTS' ARE IN VEOLATEON OF PLAINTEFF's FOURTEENTH AMENDMENT AS THEY ALL HOLD THE AUTHORETY OF C.D.C.R. TO HAVE WARNED PLAINTEFF ABOUT THE CONTAMENATED WATER. YET THEY FAELED TO DO SO. AS THD FAELED TO WARN THE PRESON POPULATEON AT M.C.S.P., AND AS THES SERIOUS HEALTH HAZARD OF CONTAMENATED WATER SUPPLY WAS BEING FORCED TO CONSUME BY PLAINTEFF. C.D.C.R. M.C.S.P. PROTECTED THEER EMPLOYEES. BY ISSUEING A MEMORANDUM BY COMPUTER. FAELENG TO PROTECT PLAINTEFF FROM SUFFERING ANY HARM OF MEDICAL ISSUE BY THE CONTAMENATED WATER. PLAINTEFF IS BEING [FORCED] TO CONSUME CONTAMENATED WATER. BY NOT MAKING PLAINTEFF AWARE OF THE EXHESTANCE OF SAED INHUMANE CONDETEONS. AND NOT PROVEDING RELEEF FROM THE INHUMANE CONDETEONS. OF [CLEAN WATER] ARE [VENDICTEVE]._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                         ☐ Yes   ☒ No

   b. Did you submit a request for administrative relief on Claim II?        ☐ Yes   ☒ No

   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes   ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _UNDER 8547 WHISTLE BLOWERS ACT A PLAINTEFF, NEED NOT EXHAUST ADMENESTRATEVE REMEDEES TO FILE SUIT. CASE No 12019-1462_

4

CLAIM II CONTINUED
AS (P.4-A)

1.) PLAINTIFF ASSERTS THAT (I,) HAVE BEEN HOUSED AT M.C.S.P. SINCE
2016 OF JANUARY    , AND THAT DEFENDANTS' HAVE NEVER POSTED ANY NOTICE
OR MEMORANDUM STATING THAT THE WATER WAS CONTAMINATED.

HOWEVER M.C.S.P. DID INFACT SEND OUT WITH REGARD TO THE WATER
AND ITS CONTAMINATION. A DECEPTIVE MEMORANDUM POSTED STATING THAT THE
WATER WAS SAFE FOR CONSUMPTION.

AND IT WASN'T UNTIL RECENTLY THAT PLAINTIFF LEARNED OF THERE ALLEGED'LY
BEING C.D.C.R., M.C.S.P. MEMO's POSTED FOR VISITOR's IN THE VISITING AREAS
WARNING VISITORS OF THE CONTAMINATED WATER.

2.)    PLAINTIFF ASSERTS THAT M.C.S.P. HAS NOT PROVIDED A CLEAN SOURCE OF
WATER FOR HIMSELF, OR THE PRISON POPULATION(S) CONSUMPTION. EVEN THOUGH
C.D.C.R., M.C.S.P. HAVE KNOWLEDGE THAT THE WATER SUPPLY IS INFACT
CONTAMINATED.

3.)    PLAINTIFF ASSERTS THAT THE DEFENDANTS' HAVE INFACT HAD KNOWLEDGE OF
THE EXISTING PROBLEM SINCE AT LEAST (2006). AND THE INMATE POPULATION
STILL CONTINUES TO SUFFER HARM FROM THE CONTAMINATED WATER.

4.)    PLAINTIFF ASSERTS THAT (ALL C.D.C.R OFFICER's AT M.C.S.P., ARE
UNDER THE COLOR OF LAW. AND ARE ALSO RESPONSIBLE FOR FAILURE TO
REPORT MISCONDUCT. WHICH IS A VIOLATION OF C.D.C.R's MEMORANDUM
TO ALL C.D.C.R. PEACE OFFICERS WARNING THEM ABOUT THE ZERO
TOLERANCE POLICY PROHIBITING THE "CODE OF SILENCE" AMONG PRISON
OFFICIALS FAILING OR REFUSING TO REPORT A CRIME, OR MISCONDUCT.

page 4-A.

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _VIOLATION OF THE ELEVENTH AMENDMENT TO THE UNITED STATE CONSTITUTION " TO SOVEREIGN IMMUNITY."_

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

☒ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_PLAINTIFF ASSERTS THAT DEFENDANTS' DID INFACT ON SEVERAL OCCASSIONS. ACCEPT FUNDS FROM THE STATE, AND FEDERAL AGENCIES CONCERNING THIS MATTER. THEREFORE WAIVING THEIR CONSTITUTIONAL RIGHT TO SOVEREIGN IMMUNITY UNDER THE ELEVENTH AMENDMENT TO THE U.S.._

_PLAINTIFF REFERENCESS TO THE QUOTE'S SPOKEN BY GREGORY LARRABEE CHIEF REGULATORY COMPLEANCE FOR C.D.C.R. " WE HAVE SPENT(OVER) $2. MILLION. TO DATE IN CONDUCTING A COMPREHENSEVE SITE WIDE INVESTIGATION OF THE STORM WATER COLLECTION SYSTEM AT M.C.S.P."_

_PLAINTIFF MAKES ANOTHER REFERENCESS QUOTE FROM THE LEDGER DISPATCH WHO CONTACTED A MASTER PLUMBER TO DISCUSS INVESTIGATING THE THREE SEWER SYSTEMS AT M.C.S.P. " IT'S A VERY LOGICAL PROCESS. LOOKING AT THE PHOTOS, IT CERTAINLY APPEARS THERE IS WATER. AND CONTAMINATION. THAT SHOULD NOT BE THERE. IT COULD BE THAT ONE OF THE SEWER LINES IS CONNECTED TO THE WRONG SYSTEM, CAUSING THE ISSUE. IT COULD BE PIPES ARE BROKEN, OR CATASTROPHIC FAILURE. WE'D WANT ACCESS TO ALL THE SYSTEMS AND EVERY WHERE._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim III?    ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level?    ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _UNDER 8547 WHISTLE BLOWERS ACT A PLAINTIFF, NEED NOT EXHAUST ADMINISTRATIVE REMEDIES TO FILE SUIT. CASE No 12019-1462_

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

CLAIM III. CONTINUED
AS (P. 5-A)

WE CAN LOOK. WE FOLLOW THE FLOW OF WATER AND CAN CAMERA TEST ALL THE LINES. I'm GUESSING IT WOULD TAKE TWO WEEKS, CERTAINLY IT COULD BE COMPLETED IN FOUR OR FIVE WEEKS. WITH A COUPLE CAMERAS, GOING EIGHT HOURS A DAY. I'D CHARGE $125.00 an HOUR. LOOKING AT THE WHOLE SYSTEM. You'D HAVE YOUR ANSWER AND A COMPLETE LOOK AT THE ENTIRE M.C.S.P. SEWER SYSTEM FOR $5.000 A WEEK ( MONDAY - FRIDAY). A FIVE WEEK INVESTIGATION WOULD TOTAL $25.000. ONCE WE KNOW WHAT WE ARE DEALING WITH PIPES CAN BE REPLACED WITH LINERS AND THE LIKE, NOT AN EASY PROCESS, ESPECIALLY IN A PRISON ENVIRONMENT.

BUT I IMAGINE You COULD MOVE FOLKS AROUND AS YOU REPAIRED DIFFERENT SECTIONS LIKE I SAID, IT IS A LOGICAL PROCESS. IT WOULDN'T BE EASY, AND IF IT IS CATASTROPHIC, IT WOULD BE HARD TO FIX. BUT IT CERTAINLY CAN BE DONE."

PLAINTIFF ASSERTS I'AM A STATE PRISONER AT M.C.S.P., AND MY DRINKING WATER TO THE DAY, HAS AND IS MAKING ME SICK IT IS NOT CLEAN. IT DOESN'T SMELL No WHERE NEAR CLEAN. AT ANY TIME YOU SMELL THE WATER, AND IT HAS AN ODOR of DIRT. SEWAGE. OR HUMAN WASTE. OR INDUSTRIAL CHEMICALS.

THE CONTRACT of SEPT 9. 1985. FOR A SEWAGE TREATMENT PLANT, HAS NOT HAPPENED. C.D.C.R. CONTINUES To ALLOW A VERY SERIOUS HEALTH HAZARD PROBLEM WITH CONTAMINATED WATER To Go UNRESOLVED.

PLAINTIFF ASSERTS THAT ON August 5th 2019. THE WATER SMELLED AND TASTED LIKE SEWAGE STROGLY IN BUILDING #1 of A-FACILITY DURING THE TIME OF 8:30 P.M.

page 5-A.

M.C.S.P., C.D.C.R., HAS RECEIVED CONTINUOUS FUNDING FOR A FIX
OF A SERIOUS HEALTH MATTER / MATTER FROM OUTSIDE SOURCES FOR YEARS
AND GIVES A GOOD SPEECH AS TO WHAT IS BEING DONE. BUT STILL
PLAINTIFF ALONG WITH THE M.C.S.P. PRISON POPULATION CONTINUE TO
SUFFER FROM M.C.S.P'S CONTAMINATED WATER SUPPLY.

page 5-B.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff Ask For Twenty Million Dollars ($20,000,000.⁰⁰) in Compensatory Damages. Plaintiff Ask For One Hundred Million Dollars ($100,000,000.⁰⁰) in Punitive Damages, And of a Governors Pardon / Commutation of Sentence, for Kern County Superior Court Case No. SC081442A Resulting in Immediat Release From Prison of the Plaintiff. Plaintiff Also Asks For All Taxes, Both State & Federal, To Be Paid in Full by the Defendants' & Not Taken From The Monetary Sums Awarded To The Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 29, 2019_
DATE

_N.A._
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_N.A._
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

SIGNATURE OF PLAINTIFF

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.